IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH WILSON,

    Petitioner,

-vs-

JAMES N. CROSS,
*Warden*,

    Respondent.                    No. 13-cv-668-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 26, 2014 (Doc. 19), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.**

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   s/*Caitlin Fischer*
      Deputy Clerk

**DATED:** September 26, 2014

Digitally signed by David R. Herndon
Date: 2014.09.26 10:09:55 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**